**Theodore PENSAK**

v.

**ALLSTATE INSURANCE COMPANY**

v.

**Sheldon BARBER.**

No. 78–307–A.

Supreme Court of Rhode Island.

April 24, 1980.

Kirshenbaum & Kirshenbaum, Vincent Morgera, Providence, for plaintiff.

Anderson, Henning & Anderson, Paul A. Anderson, Providence, for Allstate Insurance Company.

ORDER

This case is assigned to the May, 1980 *show cause* calendar. The plaintiff is directed to appear and show cause why his appeal should not be dismissed in light of this court's opinion in *Ziegelmayer v. All-state Insurance Co.*, R.I., 403 A.2d 653 (1979).

MURRAY, J., did not participate.

**Anthony SURGENTO**

v.

**AMERICAN EMPLOYERS INSURANCE COMPANY et al.**

**Robert OUELETTE**

v.

**SENTRY INSURANCE COMPANY.**

No.(s) 78–213–A, 78–254–A.

Supreme Court of Rhode Island.

April 24, 1980.

Lovett & Linder, Ltd., Paul V. Gallogly, Providence, for plaintiffs.

Higgins, Cavanagh & Cooney, Peter S. Haydon, Providence, for American Employers Insurance Company.

Arnold E. Johnson, North Providence, for Sentry Insurance Company.

ORDER

These cases are assigned to the May, 1980 *show cause* calendar. The plaintiffs are directed to appear and show cause why their appeals should not be dismissed in light of this court's opinion in *Ziegelmayer v. Allstate Insurance Co.*, R.I., 403 A.2d 653 (1979).

MURRAY, J., did not participate.